**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:    Siana Oil & Gas Co. LLC v. White Oak Operating Company, LLC

Appellate case number:    01-18-00962-CV

Trial court case number:    2015-45224

Trial court:    164th District Court of Harris County

Appellant, Siana Oil & Gas Co. LLC, has filed an unopposed motion to file a supplemental appellant's brief, with its supplemental brief. The motion is **granted**. *See* TEX. R. APP. P. 38.7.

The Clerk of this Court received and filed appellant's supplemental appellant's brief on May 10, 2019.

It is so ORDERED.


Judge's signature: /s/ Julie Countiss
                   ☑ Acting individually    ☐ Acting for the Court

Date:    May 21, 2019